**Order entered May 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00502-CV

### IN RE GURDARSHAN BRAR, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00547-2014**

## ORDER

Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/     DAVID J. SCHENCK
        JUSTICE